UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHNNY SCHULTZ,

        Plaintiff,                    Case no. 15-12473
                                              Honorable John Corbett O'Meara

v.

COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.
_____/

ORDER ADOPTING REPORT AND RECOMMENDATION

      The court, pursuant to Rule 72(b) of the Federal Rules of Civil Procedure, 28 U. S. C. 636(b)(1)(B), and LR 72.1(E.D. Mich. March 1, 2010), has reviewed Magistrate Judge Mona K. Majzoub's August 10, 2016 report and recommendation. No objections have been filed by the parties. The court having reviewed the entire record;

      IT IS HEREBY ORDERED that the report and recommendation is ADOPTED as the court's findings and conclusions.

                                              s/John Corbett O'Meara
                                              United States District Judge

Date: August 31, 2016

     I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, August 31, 2016, using the ECF system.

                                       <u>s/William Barkholz</u>
                                       Case Manager